WILBORN & ASSOCIATES, P.C., ATTORNEYS AT LAW
TIM WILBORN — OSB # 94464
twilborn@mindspring.com
2020-C SW 8th Avenue, PMB # 294
West Linn, Oregon 97068
Voice: (503) 697-7019
Fax: (503) 697-7153
   Attorney for Plaintiff

FILED '07 JAN 08 17:08 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**HARRY MOORE**,  CV # 05-6109-MO

   Plaintiff,

vs.  ORDER

**COMMISSIONER of Social Security**,

   Defendant.

_____

Attorney fees in the amount of $7,499.99 are hereby awarded to Plaintiff's attorney, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of $250.00 are awarded pursuant to 28 U.S.C. § 1920.

DATED this 5 day of January, 2007.

_____
United States District Judge

Submitted on January 4, 2007 by:

/s/ Tim Wilborn, OSB # 94464
(503) 697-7019
   Attorney for Plaintiff

ORDER - Page 1